## Return

| Case No.: 26-M-444 (SCD) | Date and time warrant executed: June 25, 2026, 0915 | Copy of warrant and inventory left with: WI 53403 Left in Residence: 1655 TAYLOR AVE RACINE |
|---|---|---|

Inventory made in the presence of :
SA BRANDON SHAW, SA REGINA SEWERYN, SSA JENNA CARUCCI

Inventory of the property taken and name(s) of any person(s) seized:

See attached property evidence receipt forms DS-1857 AND DS-1857A

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/30/2026

_Executing officer's signature_

SA BRANDON K SHAW
_Printed name and title_

| Inventory Number 3 | Date/Time Received (mm-dd-yyyy) 06/25/2026 7:11 | Evidence Log Number | Diplomatic Security Case Number IN-2026-00081 |
|---|---|---|---|
| Other Dept. Case Number | Other Dept. Property Location and Inventory Number | | |

| Address Where Property Impounded (Give exact location where property was located) 1655 TAYLOR AVE. RACINE WI 53403 | | | Type of Case CSAM |
|---|---|---|---|

| Received From | Address | City | State | Telephone Number |
|---|---|---|---|---|

| Owner (If known) BRADLEY ROGERS | Address 1655 TAYLOR AVE | City RACINE | State WI | Telephone Number |
|---|---|---|---|---|

| Suspect ☐ | Victim ☐ | Subject ☒ | Race | Sex M | Date of Birth (mm-dd-yyyy) 10/25/1972 | Incarcerated ☒ Yes ☐ No | Warrant ☒ Yes ☐ No |
|---|---|---|---|---|---|---|---|

☒ Seized Property   ☐ Forfeited Property
☐ Voluntarily Abandoned Property   ☐ Custodial Property   ☐ Other (Specify) _____

| Item Number | Quantity | Description (Itemize currency by denomination) | Currency Only | Evidence |
|---|---|---|---|---|
| 1 | 1 | Samsung Galaxy S25+, metallic blue, model SM-S936U | | |
| | | serial #: R5CY11R4ZCZ | | |
| | | IMEI 1: 354771320306242 | | |
| | | IMEI 2: 352697200306246 | | |
| | | Found off person on couch, Area F, | | |
| | | in BLACK CASE | | |
| 2 | 1 | SAMSUNG GALAXY S23 ULTRA | | |
| | | MODEL: SM-S918U, serial R5CTC136WJE | | |
| | | IMEI: 357644124039425, FOUND off | | |
| | | person Big AREA G, GRAY DRAWER | | |
| | | CRACKED SCREEN, GREEN CASE, WITH CABLE | | |

## ACKNOWLEDGEMENTS

| I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt. | I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a Special Agent. |
|---|---|
| Print NOT PRESENT TO SIGN | Signature: |
| Signature | Witness Signature: |
| Received By (Print Name) | Reason | Date (mm-dd-yyyy) |
| Signature | | Time Received |

Case 2:26-mj-00444-SCD   Filed 06/30/26   Page 2 of 3   Document 2



| Item | Quantity | Description *(Itemize currency by denomination)* | Currency Only | Evidence |
|---|---|---|---|---|
| 3 | 1 | ACER SILVER CHROMEBOOK, MODEL N19Q3 | | |
| | | SERIAL: NXATDAA00 10D24B7611 | | |
| | | FOUND AREA A, 835 DKS BLACK SHELF | | |
| | | UNDER MASK. | | |

NOTHING FOLLOWS

### ACKNOWLEDGEMENTS

| I hereby acknowledge that the above list represents all property taken from my possession and that I have received a copy of this receipt. | I hereby acknowledge that the above list represents all property impounded by me in the official performance of my duty as a Special Agent. |
|---|---|
| Print NOT PRESENT TO SIGN | Signature: |
| Signature: | Witness Signature: |
| Received By *(Print Name)* | Reason |
| | Date *(mm-dd-yyyy)* |
| Signature: | Time Received |

DS-1857A
05-2017

ORIGINAL EVIDENCE CUSTODIAN